LODGED
CLERK, U.S. DISTRICT COURT

OCT 2 - 2006

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d)

FILED
CLERK, U.S. DISTRICT COURT

OCT 23 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| 425 Shirley Place, LLC | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV-06-6277 |
| v. | |
| RB Edmond | **ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE** |
| DEFENDANT(S). | |

IT IS ORDERED that the complaint may be filed without prepayment of the filing fee.

**Note:** This order does not authorize service of the complaint by the U.S. Marshal. Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned.

10-6-06
Date

_[signature]_
United States Magistrate Judge

---

**IT IS RECOMMENDED** that the request of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency
☑ Legally and/or factually patently frivolous
☐ Other: _____

☑ District Court lacks jurisdiction
☐ Immunity as to _____

Comments: State court has already rendered Judgment in case. Deft. wishes to remove to this court.

✓ Docketed
✓ Copies / NTC Sent
✓ JS-5 / JS-6
__ JS-2 / JS-3
__ CLSD

10, 10-06
Date

_[signature]_
United States Magistrate Judge

---

IT IS ORDERED that the request of plaintiff to file the action without prepayment of the filing fee is:
☐ GRANTED   ☑ DENIED (See comments above).

10/11/06
Date

_[signature]_
United States District Judge

ENTERED
CLERK, U.S. DISTRICT COURT

NOV - 1 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

CV-73A (02/05)    ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE